UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMANA HEALTH PLAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | C17-1407 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 7, is GRANTED, and the deadline for defendant to file a responsive pleading or motion is EXTENDED to November 13, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of October, 2017.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1