# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HUMANA HEALTH PLAN, INC.,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

C17-1407 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court treats the parties' second stipulated motion, docket no. 9, as an ex parte motion by plaintiff to extend certain deadlines. Although the second motion, like the first one, docket no. 7, is signed on defendant's behalf by an attorney, such attorney has not appeared as counsel of record, is not admitted to practice before this Court, and has not submitted an application to proceed pro hac vice. On plaintiff's ex parte motion, the following deadlines are EXTENDED:

| | |
|---|---|
| Deadline to file a responsive pleading or motion | January 12, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | January 26, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | February 9, 2018 |
| Combined Joint Status Report and Discovery Plan | February 9, 2018 |

No further extensions will be granted on an ex parte basis. If the parties wish to file stipulations or stipulated motions in this matter, defendant must arrange for an attorney authorized to practice before this Court to file a Notice of Appearance on its behalf.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 2