UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUMANA HEALTH PLAN, INC.,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

C17-1407 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' third motion, docket no. 12, for extension of certain deadlines is GRANTED as follows:

| | |
|---|---|
| Deadline to file a responsive pleading or motion | February 16, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | March 2, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | March 16, 2018 |
| Combined Joint Status Report and Discovery Plan | March 16, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of January, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1