# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HUMANA HEALTH PLAN, INC.,

Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

Defendant.

C17-1407 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' fourth motion, docket no. 14, for extension of certain deadlines is GRANTED as follows:

| | |
|---|---|
| Deadline to file a responsive pleading or motion | April 13, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | April 27, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | May 11, 2018 |
| Combined Joint Status Report and Discovery Plan | May 11, 2018 |

**No further extension of these deadlines will be granted.**

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of February, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1